UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIM D RICE, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, <br><br> Defendant. | Case No. 11-cv-05926 JRC <br><br> **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

The Clerk of Court is directed to issue summonses submitted by plaintiff to enable proper service of the complaint on the appropriate parties. **It is the responsibility of plaintiff and plaintiff's attorney to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

DATED this 14th day of November, 2011.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1