1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
9                               AT TACOMA

10   KIM D. RICE,

11                       Plaintiff,                CASE NO. 11-cv-05926 RBL-JRC

12            v.                                   REPORT AND RECOMMENDATION
                                                   ON STIPULATED MOTION FOR
13   MICHAEL J. ASTRUE, Commissioner of            REMAND
     the Social Security Administration,
14
                        Defendant.
15

16        This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28

17   U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by Mathews,

18   Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976).  This matter is before the Court on

19   defendant's stipulated motion to remand the matter to the Commissioner for further

20   consideration.  (ECF No. 22.)

21        After reviewing defendant's stipulated motion and the relevant record, the undersigned

22   recommends that the Commissioner's decision be reversed and remanded pursuant to sentence

23

24

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 1

1  four of 42 U.S.C. §405(g) to the Commissioner of Social Security for further administrative

2  proceedings before an Administrative Law Judge ("ALJ").

3      On remand, an ALJ should hold a *de novo* hearing and plaintiff may raise any issue.  The

4  ALJ should: (1) update the treatment evidence on plaintiff's medical condition; (2) if warranted,

5  obtain evidence from a medical expert in order to clarify the nature and severity of plaintiff's

6  impairments; (3) reevaluate the examining and non-examining medical source opinions from

7  Alvan Barber, M.D., and Eric Puestow, M.D., in addition to any other medical source opinions

8  submitted, and explain the reasons for the weight given to this opinion evidence; (4) further

9  consider plaintiff's residual functional capacity on the updated record, citing specific evidence in

10  support of the assessed limitations; (5) continue the sequential evaluation process, obtaining

11  vocational expert testimony if warranted; (6) evaluate the effect, if any, of plaintiff's subsequent

12  allowance of Title XVI benefits on the current application; however, the ALJ shall not disturb

13  the subsequent allowance by which plaintiff was found to be disabled as of November 3, 2011;

14  and (7) consider any new evidence submitted and issue a new decision.

15      This Court further recommends that the ALJ take any other actions necessary to develop

16  the record.  In addition, plaintiff should be allowed to submit additional evidence and arguments

17  to the ALJ on remand.

18      Plaintiff may be entitled to an award of reasonable attorney's fees and costs pursuant to

19  the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and 42 U.S.C. § 406(b) following proper

20  presentation of a request for such an award to this Court.

21      Given the facts and the parties' stipulation, the Court recommends that the District Judge

22  immediately approve this Report and Recommendation and **REVERSE** the Commissioner's

23  decision pursuant to sentence four of 42 U.S.C. §405(g) with a **REMAND** of the case to the

24

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 2

1    Commissioner for further proceedings.  See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

2

3         Dated this 26th day of June, 2012.

4

5                                                    J. Richard Creatura
                                                     United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 3