# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

KIM D. RICE,

            Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

            Defendant.

CASE NO. 11-cv-05926 RBL-JRC

REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND

    This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the Commissioner for further consideration. (ECF No. 22.)

    After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Commissioner's decision be reversed and remanded pursuant to sentence
REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 1

four of 42 U.S.C. §405(g) to the Commissioner of Social Security for further administrative proceedings before an Administrative Law Judge ("ALJ").

On remand, an ALJ should hold a *de novo* hearing and plaintiff may raise any issue. The ALJ should: (1) update the treatment evidence on plaintiff's medical condition; (2) if warranted, obtain evidence from a medical expert in order to clarify the nature and severity of plaintiff's impairments; (3) reevaluate the examining and non-examining medical source opinions from Alvan Barber, M.D., and Eric Puestow, M.D., in addition to any other medical source opinions submitted, and explain the reasons for the weight given to this opinion evidence; (4) further consider plaintiff's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; (5) continue the sequential evaluation process, obtaining vocational expert testimony if warranted; (6) evaluate the effect, if any, of plaintiff's subsequent allowance of Title XVI benefits on the current application; however, the ALJ shall not disturb the subsequent allowance by which plaintiff was found to be disabled as of November 3, 2011; and (7) consider any new evidence submitted and issue a new decision.

This Court further recommends that the ALJ take any other actions necessary to develop the record. In addition, plaintiff should be allowed to submit additional evidence and arguments to the ALJ on remand.

Plaintiff may be entitled to an award of reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and 42 U.S.C. § 406(b) following proper presentation of a request for such an award to this Court.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and **REVERSE** the Commissioner's decision pursuant to sentence four of 42 U.S.C. §405(g) with a **REMAND** of the case to the

1 | Commissioner for further proceedings.  See <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

3 | Dated this 26th day of June, 2012.

J. Richard Creatura
United States Magistrate Judge