UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIM D. RICE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | CASE NO. 11-cv-05926 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation to grant the Stipulated Motion for Remand (ECF No. 17.

(2) The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration.

(3) **JUDGMENT** for plaintiff and the case should be closed.

(4) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 26th day of June, 2012.

_____
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION ON STIPULATED
MOTION FOR REMAND - 2